## NATIONAL GUARANTEE & FINANCE CO v RUSSELL et

Ohio Appeals, 2nd Dist, Fayette Co

No 235.   Decided Oct 15, 1937

Arthur L. Rowe, Columbus, for appellant. E. L. Bush, Washington C. H., N. L. McLean, Washington C. H., and Rell G. Allen, Washington C. H., for appellees.

### OPINION

By THE COURT

This case is before the court on appeal on questions of law.  The error complained of is that the court below erroneously sustained a general demurrer to the plaintiff's petition.

Sec 12223-2 GC defines a final order in part as follows:

"An order affecting a substantial right in an action, when in effect it determines the action and prevents a judgment, * * * is a final order which may be reviewed * * * as provided in this title."

Sec 12223-3 GC:

"Every final order * * * may be reviewed as hereinafter provided unless otherwise provided by law * * *."

An order of the court sustaining a general demurrer is not a final order as it does not determine the action or prevent a judgment, as the pleading held to be demurrable may be amended.

The amendment of §12223-2 GC, effective August 23, 1937, does not include the sustaining of a demurrer as a final order.

We have searched the transcript and find no final order or judgment in this cause. We cannot entertain an appeal unless there is a final order in the court below.

Appeal dismissed.

BARNES, PJ, HORNBECK and GEIGER, JJ, concur.